BWB:JP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JESSICA TAMAYO,

                Defendant.

- - - - - - - - - - - - - - - -X

M-07-1124

C O M P L A I N T

21 U.S.C. §§ 952(a) and 960)

EASTERN DISTRICT OF NEW YORK, SS:

        JOSEPH D. CERCIELLO, being duly sworn, deposes and states that he is a Special Agent with United States Immigration and Customs Enforcement, duly appointed according to law and acting as such.

        Upon information and belief, on or about October 13, 2007, within the Eastern District of New York and elsewhere, defendant JESSICA TAMAYO did knowingly, intentionally and unlawfully import into the United States from a place outside thereof substances containing heroin, a Schedule I controlled substance and cocaine, a Schedule II controlled substance.

        (Title 21, United States Code, Sections 952(a) and 960).

        The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause, I have not described all the relevant facts of which I am aware.

1. I have been a Special Agent with ICE for approximately ten months. I am currently assigned to the Joint Narcotics Smuggling Unit based out of John F. Kennedy International Airport ("JFK"). The facts set forth in this affidavit are based upon my own investigation of the facts and upon what I have learned from other individuals that have participated in the investigation.

2. On or about October 13, 2007, defendant JESSICA TAMAYO arrived at John F. Kennedy International Airport in Queens, New York, aboard American Airlines Flight No. 638 from the Dominican Republic.

3. Defendant JESSICA TAMAYO was selected for a Customs and Border Protection examination and presented two suitcases for inspection. A search of the first suitcase revealed two candles which appeared to be unusually heavy. A probe of the first candle revealed a brown powdery substance contained inside the candle that field tested positive for heroin. A probe of the second candle revealed a white powdery substance contained inside the candle that field tested positive for cocaine. A search of the second suitcase revealed an additional candle that was found to contain a white powdery substance that also field tested positive for cocaine. Defendant JESSICA TAMAYO was then placed under arrest.

4. The total approximate gross weight of the heroin

found in defendant JESSICA TAMAYO's suitcase is 4,725.4 grams. The total approximate gross weight of the cocaine found in defendant JESSICA TAMAYO's suitcase is 9,620 grams.

WHEREFORE, your deponent respectfully requests that defendant JESSICA TAMAYO be dealt with according to law.

JOSEPH D. CERCIELLO
Special Agent
United States Customs
and Immigration Enforcement

Sworn to before me this
15th day of October, 2007

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK